

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00098-CR
### No. 10-16-00099-CR

**RICARDO SANCHEZ ENRIQUEZ**
**AKA RICARDO ENRIQUEZ SANCHEZ,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court Nos. 2008-1926-C2 and 2008-1925-C1

## O R D E R

Appellant's Motion for Rehearing filed on April 18, 2016 and Supplemental Motion for Rehearing filed on May 16, 2016 are denied. Appellant's "Amendment" dated April 12, 2016 and filed May 20, 2016 was considered when determining the disposition of the referenced motions.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motions denied
Order issued and filed June 2, 2016

